No. 89–7679. RUSSELL *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.;
No. 90–5512. HALIBURTON *v.* FLORIDA. Sup. Ct. Fla.;
No. 90–5726. KILLS ON TOP *v.* MONTANA. Sup. Ct. Mont.;
No. 90–6029. FREEMAN *v.* FLORIDA. Sup. Ct. Fla.;
No. 90–6758. LAGRAND *v.* ARIZONA. Super. Ct. Ariz., Pima County;
No. 90–6819. WOODS *v.* INDIANA. Sup. Ct. Ind.;
No. 90–6939. PAZ *v.* IDAHO. Sup. Ct. Idaho;
No. 90–7018. LAGRAND *v.* ARIZONA. Super. Ct. Ariz., Pima County;
No. 90–7067. GRIFFIN *v.* MISSOURI. Sup. Ct. Mo.;
No. 90–7449. FLOYD *v.* FLORIDA. Sup. Ct. Fla.;
No. 90–7499. COLEMAN *v.* INDIANA. Sup. Ct. Ind.;
No. 90–7557. DEBLANC *v.* TEXAS. Ct. Crim. App. Tex.;
No. 90–7560. HAMMOND *v.* TEXAS. Ct. Crim. App. Tex.;
No. 90–7570. GOODWIN *v.* TEXAS. Ct. Crim. App. Tex.;
No. 90–7756. ATKINS *v.* SOUTH CAROLINA. Sup. Ct. S. C.;
No. 90–7830. MILLER *v.* GEORGIA. Sup. Ct. Ga.;
No. 90–7871. NEWSTED *v.* OKLAHOMA. Ct. Crim. App. Okla.;
No. 90–7905. POWELL *v.* MISSOURI. Sup. Ct. Mo.;
No. 90–7916. TENNARD *v.* TEXAS. Ct. Crim. App. Tex.;
No. 90–7973. LEWIS *v.* FLORIDA. Sup. Ct. Fla.;
No. 90–8023. JOHNSON *v.* TEXAS. Ct. Crim. App. Tex.; and
No. 90–8093. JAMES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.